942

No. 88–160.   CRONK v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 88–235.   WOLFE v. MARSH, SECRETARY OF THE ARMY, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 88–241.   NATIONAL GYPSUM CO. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY.   C. A. D. C. Cir.   Certiorari denied.

No. 88–261.   ARONS v. NEW JERSEY BOARD OF EDUCATION ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–296.   SHOSTAK v. FEDERAL ENERGY REGULATORY COMMISSION.   C. A. 2d Cir.   Certiorari denied.

No. 88–443.   TAYLOR ET VIR v. OHIO.   Ct. App. Ohio, Lucas County.   Certiorari denied.

No. 88–448.   WILLIAMS v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 88–450.   DUDOSH, ADMINISTRATOR OF THE ESTATE OF DUDOSH v. WARG ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–453.   RUSKIN HARDWARE, INC., ET AL. v. FLEMING COS., INC.   C. A. 8th Cir.   Certiorari denied.

No. 88–456.   MANCE v. UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 88–465.   HURON VALLEY HOSPITAL, INC., ET AL. v. CITY OF PONTIAC ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–469.   RICHARDSON v. PEOPLES NATURAL GAS CO. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–470.   MELIN ET UX. v. NORTH DAKOTA.   Sup. Ct. N. D.   Certiorari denied.